IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| WILLIE C. PHELPS, | * |
| Petitioner, | * |
| v. | Case No. 7:24-CV-31 (WLS-ALS) |
| | * |
| WARDEN PERRY, | |
| | * |
| Respondent. | |
| | * |

**J U D G M E N T**

Pursuant to this Court's Order dated 11/7/2025, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 7th day of November, 2025.

David W. Bunt, Clerk

s/ Katie Logsdon, Deputy Clerk